# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CARLOS DIAZ and MYRNA DIAZ,

        Plaintiffs,

v.                                   CIV No. 00-577 JC/DJS

SECOND JUDICIAL DISTRICT COURT et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

THIS MATTER came on for consideration of Plaintiffs' Motion for Reconsideration for Relief from Opinion and Order, filed August 28, 2001 (*CIV No. 00-700, Doc. 77*); and Plaintiffs' Motion for Reconsideration for Relief from Judgment or Order, filed August 6, 2001 (*CIV No. 00-577*). The Court has reviewed the motions, the memoranda submitted by the parties, and the relevant authorities. The Court finds that Plaintiffs' motions are not well taken and are denied. Plaintiffs fail to raise any issues that would warrant this Court to reconsider its previous decision.

Wherefore,

IT IS ORDERED that Plaintiffs' Motion for Reconsideration for Relief from Opinion and Order is denied, filed August 28, 2001 (*CIV No. 00-700, Doc. 77*).

IT IS ORDERED that Plaintiffs' Motion for Reconsideration for Relief from Judgment or Order, filed August 6, 2001 (*CIV No. 00-577, Doc. 30*) is denied.

DATED November 20, 2001.

_____
SENIOR UNITED STATES DISTRICT JUDGE

Counsel for Plaintiffs:
    Stephen McIlwain, Esq.
    Albuquerque, New Mexico

Counsel for Defendants:
    *Judicial Defendants*
    Barbara Pryor, Esq.
    McCary, Wilson & Pryor
    Albuquerque, New Mexico

    *City Defendants*
    Kathryn Levy
    Assistant City Attorney
    Albuquerque, New Mexico